**LOTTOTRON, INC., Plaintiff– Appellant,**

v.

**ALLGAMES CASINOS, LTD., CB Corporation, Sun Casinos N.V., Sonsorol Ltd., 3A International N.V., Bonne Chance N.V., I–Services N.V., Yellow Stone Entertainment N.V., and Pullman Gaming N.V., Defendants,**

and

**Interactive Systems Inc., N.V., Defendant–Appellee.**

**No. 2011–1406.**

United States Court of Appeals, Federal Circuit.

Aug. 12, 2011.

Marc S. Friedman, SNR Denton U.S. LLP, New York, NY, for Defendant–Appellee.

Kristine L. Butler, Volpe and Koenig, P.C., Princeton, NJ, for Plaintiff–Appellant.

## ON MOTION

### ORDER

Lottotron, Inc. moves for reconsideration of the court's July 15, 2011 order dismissing its appeal for failure to file its brief. Interactive Systems, Inc., N.V. does not consent.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted, the mandate is recalled, and the appeal is reinstated.

(2) The appellee's brief is due within 40 days of the date of filing of this order.